NO. 07-01-00503-CV 



IN THE COURT OF APPEALS


FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



JANUARY 29, 2002


______________________________




GERALD MEYERDIRK


 Appellant

v.


J&L CATTLE ASSOCIATES, LTD d/b/a J. K. CATTLE COMPANY



 Appellee

______________________________
 

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;


NO. 46,941-A; HON. DAVID L. GLEASON, PRESIDING

______________________________


ORDER ON APPELLANT'S MOTION TO WITHDRAW NOTICE OF APPEAL

 


Before BOYD, C.J., QUINN and REAVIS, JJ. 

 Gerald Meyerdirk appellant, has moved to withdraw his notice of appeal contending
that he "no longer wishes to pursue this Appeal." Without passing on the merits of the case,
we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss
the appeal. Having dismissed the appeal at appellant's personal request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.


 Brian Quinn 

 Justice

Do not publish.



1 Lexis 6882 (Tex. App.-Amarillo October 11,
2001, no pet.) (not designated for publication); accord, Davis v. State, 141 S.W.3d 694, 697
(Tex. App.-Texarkana 2004, no pet. h.) (holding the same); Nava v. State, 110 S.W.3d
491, 493 (Tex. App.-Eastland 2003, no pet.) (holding the same). Thus, we have no choice
but to dismiss this appeal. Phynes v. State, 828 S.W.2d 1, 2 (Tex. Crim. App. 1992).

 Accordingly, the appeal is dismissed for want of jurisdiction.


 Brian Quinn

 Justice 


Publish.